UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION DIVISION

In the Matter of:
MMB FOOD SERVICES, L.L.C.

Case No. 01-62125 SWR
Chapter 7
HON. Steven W. Rhodes

Debtor(s).           /

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

A check representing the total sum of unclaimed dividends in this estate was paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| William Cox<br>8761 Saratoga<br>Oak Park, MI 48237 | 19 | $2,053.04 |
| Twanna Jarvis Collins<br>24597 W. Ten Mile Rd. Apt. 6<br>Southfield, MI 48034 | 23 | $321.71 |
| Andre Collins<br>24597 W. Ten Mile Rd, Apt 6<br>Southfield, MI 48034 | 24 | $1,300.55 |
| Tasty Seafood Company<br>c/o EULER/American Credit Indemnity, 100 E. Pratt Street, 5th Flr<br>Baltimore, MD 21202 | 13 | $681.40 |
| Citibank USA, N.A.<br>DBA: Office Max Credit Plan, PO Box 8501<br>San Marcos, TX 78667-8501 | 14 | $324.29 |
| Liberman Products Corp.<br>14109-15 Meyers Road<br>Detroit, MI 48227 | 18 | $87.63 |
| Delft Blue U.S.<br>926 Willard Dr., Suite 222<br>Green Bay, WI 54304 | 26 | $912.83 |

|  |  |
|---|---|
| **TOTAL** | **$5,681.45** |

| | |
|---|---|
| Dated: January 21, 2009 | /s/ George P. Dakmak<br>George P. Dakmak, Trustee<br>615 Griswold, Suite 600<br>Detroit, MI 48226<br>(313) 964-0800<br>e-mail: gpd.trustee@gdakmak.com |